NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT B. GOSS,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2023-1483

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-4711, Judge Joseph L. Falvey, Jr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Robert B. Goss' unopposed motion to withdraw this appeal, ECF No. 16, which the court construes as a motion under Federal Rule of Appellate Procedure 42(b),

2                                                         GOSS v. MCDONOUGH

IT IS ORDERED THAT:

(1)  ECF No. 16 is granted.  The appeal is dismissed, and each party shall bear its own costs.

(2)  ECF No. 15 is denied as moot.

FOR THE COURT

September 15, 2023                    /s/ Jarrett B. Perlow
            Date                      Jarrett B. Perlow
                                      Clerk of Court


ISSUED AS A MANDATE: September 15, 2023